[No. 60067-2-I.   Division One.   April 27, 2009.]

SUI KUEN WONG, *Appellant*, v. ROBERT A. RICHARDS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-42228-9, Jeffrey M. Ramsdell, J., entered April 30, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Lau, JJ.

[Nos. 60806-1-I; 61780-0-I.   Division One.   April 27, 2009.]

ROGER F. PETERSON ET AL., *Respondents*, v. ROBERT A. KOESTER, *Appellant*, JUDITH G. KOESTER, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 00-2-18923-1, Jim Rogers, J., entered October 5, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Appelwick, JJ.

[No. 60879-7-I.   Division One.   April 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN GEORGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09883-2, George T. Mattson, J., entered October 29, 2007. *Affirmed* by unpublished opinion per Cox, J., concurred in by Lau and Leach, JJ.

[No. 60908-4-I.   Division One.   April 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MICHAEL THOMAS MCNULTY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01208-3, Christopher A. Washington, J., entered October 23, 2007. *Affirmed* by unpublished opinion per Leach, J., concurred in by Agid and Ellington, JJ.